IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,             CIV. NO. S-07-189 DFL KJM

    Plaintiff,

 v.                      <u>ORDER RE DISPOSITION AFTER
NOTIFICATION OF SETTLEMENT</u>

THOMAS TERRANCE LAUGHLIN, et al.,

    Defendants.
_____/

    The court has been advised by plaintiff's counsel, Scott N. Johnson, Esq., that this action has been settled.  Therefore, it is not necessary that the action remain upon the court's active calendar.

    Accordingly, IT IS ORDERED:

    1.  That counsel file settlement/dismissal documents, in accordance with the provisions of Local Rule 16-160, no later than May 30, 2007; and

//

//

1

    2.  That all hearing dates previously set in this matter are vacated.

    IT IS SO ORDERED.

Dated:  May 10, 2007

                            /s/ David F. Levi
                            DAVID F. LEVI
                            United States District Judge